## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW12 | E2342684 | Orbanosky | 227 |

#### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| (2351) 09/12/2025 | RCW 46.61.190 |

Place of Offense

Cole Ave, Bremerton, WA. 98314

Offense Description: Factual Basis for Charge          HAZMAT ☐

Failure to stop/yield at intersection

#### DEFENDANT INFORMATION

Last Name: **Ruiz**          Alexander

Street Address: ██████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CJS4829 | WA | 16 | Merz | | Black |

#### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

#### APPEARANCE IS OPTIONAL
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →     $ 80.00 Total Collateral Due

#### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____ allan

Original - CVB Copy

CVB SCAN 12/30/2025 13:13

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 12, 20 25 while exercising my duties as a law enforcement officer in the Western District of Washington

See Attached Statement

The foregoing statement is based upon:
☑ my personal observation     ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/12/2025 _____ (Officer's Signature)
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/30/2025 13:13